PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00410-02** |
| ) | |
| **Aaron WARD** ) | |
| ) | |

On January 25, 2005, the above-named was sentenced to 3 years Supervised Release, which commenced July 22, 2005.  He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON
United States Probation Officer**

Dated:    January 31, 2008
          Roseville, California
          srs:cd

**REVIEWED BY:**        /s/ Richard A. Ertola
          **RICHARD A. ERTOLA
          Supervising United States Probation Officer**

**Re:    Aaron WARD**
      **Docket Number:   2:04CR00410-02**
      <u>**ORDER TERMINATING SUPERVISED RELEASE**</u>
      <u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

<u>February 20, 2008</u>
**Date**

                                    **LAWRENCE K. KARLTON**
                                    **Senior United States District Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number:** 2:04CR00410-02 |
| ) | |
| **Aaron WARD** ) | |

## LEGAL HISTORY:

On January 25, 2005, the above-named was sentenced to 3 years Supervised Release, which commenced July 22, 2005. Special conditions included: Warrantless search; Financial disclosure and restrictions; 150 days home detention with electronic monitoring; DNA collection.

## SUMMARY OF COMPLIANCE:

Mr. Ward has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision.

## RECOMMENDATION:

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

Dated:   January 31, 2008
         Roseville, California
         srs:cd

**Re:  Aaron WARD**
   **Docket Number:   2:04CR00410-02**
   **RECOMMENDATION TERMINATING**
   **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**


**REVIEWED BY:**          **/s/ Richard A. Ertola**
                  **RICHARD A. ERTOLA**
                  **Supervising United States Probation Officer**


cc:   AUSA S. Robert Tice-Raskin (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)